UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80891-CIV-COHN/HUNT

MITCHELL GROSSMAN,

    Plaintiff,

v.

LELAND DUDEK,
Acting Commissioner of Social Security,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 18] ("Report") of Magistrate Judge Patrick M. Hunt regarding Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Justice Act [DE 17] ("Motion"). The Court has reviewed the Motion, Report, the record in this case, and is otherwise fully advised in the premises.

Plaintiff seeks attorney's fees in the amount of $11,552.66, as well as reimbursement of the cost of filing in the amount of $405.00, to be paid pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (the "EAJA"). DE 17 at 1. The Court agrees with Judge Hunt that Plaintiff is entitled to a fee award under the EAJA and that the amount requested is reasonable. Accordingly, it is

**ORDERED and ADJUDGED** as follows:

    1.    The Report and Recommendation [DE 18] is hereby **ADOPTED**;

2. Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Justice Act [DE 17] is hereby **GRANTED**. Defendant shall pay attorney's fees to Plaintiff pursuant to the EAJA in the amount of $11,552.66 and costs in the amount of $405.00.

3. Pursuant to Astrue v. Ratliff, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). If after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed that is subject to offset under the Treasury Offset Program, any remaining EAJA fees after offset will be paid by a check payable to Plaintiff but delivered to Plaintiff's attorney.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of April, 2025.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF